UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Criminal No. 2:20-CR-2-D
Civil No. 2:21-CV-40-D

JIMMY DORSETT SPELLER, )
)
Petitioner, )
)
v. ) ORDER
)
UNITED STATES OF AMERICA, )
)
Respondent. )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This **21** day of September, 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE